IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs | ) Case No.  3:18PO65 |
| Ralph Stodd | ) |

ORDER TERMINATING PROBATION

The above named began probation on April 3, 2019, for a period of two years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27th day of April, 2020

Sharon L. Ovington
United States Magistrate Judge